UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE SPADARO,<br><br>               Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>               Defendants. | Case No. 5:19-cv-01054-CJC-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected. Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Defendant County of San Bernardino's Motion to Dismiss is GRANTED IN PART and DENIED IN PART;

(2) Plaintiff's Claim 1, violation of the Fourth Amendment by the seizure of Plaintiff's dog, is DISMISSED WITH PREJUDICE because it is time-barred; and

(3) Plaintiff's Claim 2, malicious prosecution against Defendant County of San Bernardino and any unnamed defendants is DISMISSED WITHOUT PREJUDICE.

If Plaintiff files a first amended complaint ("FAC") seeking to correct the deficiencies in the remaining claim of malicious prosecution against the County of San Bernardino and unnamed defendants, the FAC must be filed within **fourteen days** of the date of this order. Failure to do so will result in the original Complaint serving as the operative complaint moving forward. Plaintiff is reminded that she cannot include in the caption or body of a FAC any new defendants or new allegations that are not reasonably related to the claims asserted in the original Complaint. If Plaintiff does not file a FAC, remaining Defendant Officer Brawley shall have **ten days** from the expiration of the aforementioned deadline to answer or otherwise respond to the Complaint in accordance with the Local Rules.

Dated: February 24, 2020

HONORABLE CORMAC J. CARNEY
United States District Judge