UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE SPADARO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　　Defendants. | Case No. 5:19-cv-01054-SB-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1) The Complaint is **DEEMED** the operative pleading in this case;

2) Darryl Brawley is **DISMISSED** from this case; and

3) The case is **DISMISSED** without prejudice.

Dated: June 8, 2021

HON. STANLEY BLUMENFELD, JR.
United States District Judge