JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE SPADARO,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>             Defendants. | Case No. 5:19-cv-01054-SB-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: June 8, 2021

_____
HON. STANLEY BLUMENFELD, JR.
United States District Judge